168 A.3d 1169

STATE OF NEW JERSEY, PLAINTIFF–CROSS–RESPONDENT, v.
AARON G. WILLIAMS, DEFENDANT–CROSS–PETITIONER.

May 19, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–003655–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied.

168 A.3d 1169

JAMES O. AND VIRGINIA WELCH, THE ROBERT DWYER TRUST
AND S. ALEXANDER AND JESSICA HAVERSTICK, PLAIN-
TIFFS–RESPONDENTS, v. CHAI CENTER FOR LIVING JUDA-
ISM, INC. AND HARRY GROSS, DEFENDANTS–PETITIONERS.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4088/4163–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.